**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Crim. No. GLR-23-0353** |
| **ERIC TATAW** | * | |
| | * * * | |

**DEFENDANT ERIC TATAW'S UNOPPOSED MOTION TO ALLOW FOR THE**
**TAKING OF VIRTUAL TESTIMONY OF A WITNESS AT THE TRIAL OF THIS**
**MATTER**

Defendant Eric Tataw, by and through undersigned counsel, David Walsh-Little, respectfully moves this Court to allow for a witness, Bellina Forbin, to testify virtually at the trial of this matter and in support thereof states as follows:

1. Eric Tataw is charged in a seven count Indictment charging him with two counts of Bank Fraud in violation of 18 U.S.C. § 1344, Money Laundering in violation of 18 U.S.C. § 1957, Wire Fraud in violation 18 U.S.C. § 1343, Aggravated Identity Theft in violation of 18 U.S.C. § 1028A, and two counts of Obstruction of Justice in violation of 18 U.S.C. § 1503.

2. A motions hearing was conducted on March 13, 2026.  A pre-trial conference is scheduled for April 13, 2026, and a jury trial is presently scheduled for April 20, 2026.

3. An individual named Bellina Forbin, has been interviewed by both parties in this matter regarding information related to this case.  Both parties have contemplated calling her as a witness at the upcoming trial.  She presently resides in Abuja, Nigeria.

4.  The Government has taken steps to facilitate Ms. Forbin's return to Maryland for the trial but cannot guarantee that these efforts will succeed in her being physically present by the time her testimony is needed.

5.  In an abundance of caution, Mr. Tataw requests that Ms. Forbin be permitted to testify virtually from Nigeria at a date and time set by the court during the trial, if her physical presence in court cannot be facilitated.

6.  The Government has no objection to this request.  Furthermore, the parties are willing to waive the requirement set out in Rule 26 of the Federal Rules of Criminal Procedure that Ms. Forbin's testimony be taken in "open court", if her virtual testimony is the only practical option presented to the parties.

WHEREFORE, Eric Tataw requests that the testimony of Bellina Forbin be allowed to be taken virtually at trial, and any other and further relief that justice demands.

Respectfully submitted

_____/s/_____
DAVID WALSH-LITTLE, #23586
The Law Office of David Walsh-Little, LLC
1014 West 36th Street
Baltimore, Md 21211
Tel: 1.410.205.9337
Fax: 1.667.401.2414
Email: david@walshlittlelaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Motion was sent to all parties via CM/ECF.

_____/s/_____

DAVID WALSH-LITTLE, #23586
